# UNITED STATES DISTRICT COURT

**Eastern**                     District of                     **California**

| | |
|---|---|
| CLARENCE THOMAS, JR.,<br>Plaintiff<br><br>V.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY<br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:10-at-01044 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ____29th____ day of _____December_____, ___2010___ .


/s/ Sheila K. Oberto
_____
Signature of Judicial Officer

Sheila K. Oberto, U.S. Magistrate Judge
_____
Name and Title of Judicial Officer